UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00010-GCM

| | | |
|---|---|---|
| **MELISSA PRICE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PURSUANT TO** the US Court of Appeals for the Fourth Circuit's Order (Doc. No. 19), this Court **HEREBY ENTERS** a final judgment reversing the decision of the administrative law judge and remanding the case to the Acting Commissioner of Social Security for further administrative proceedings.

**SO ORDERED.**

Signed: September 14, 2017

Graham C. Mullen
United States District Judge