IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 1:16-CV-10

| | |
|---|---|
| MELISAA PRICE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), Defendant's response, and the factors relevant to determining the reasonableness of counsel's fees, it is this 5th day of August 2020, by the United States District Court for the Western District of North Carolina,

**ORDERED** that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $23,856.00. Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

Signed: August 5, 2020

Graham C. Mullen
United States District Judge